AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| YUN FANG TENG, ESHIN NEE and MING HONG HAN <br><br> *Plaintiff(s)* <br> v. <br><br> WORLD JOURNAL LLC and JEN FENG YANG <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **CV 15 3743** <br><br> **BRODIE, J.** <br><br> **POHORELSKY, M.J.** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEN FENG YANG
141-07 20th Avenue
Whitestone, New York 11357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, New York 10016
Tel: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: **JUN 26 2015**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT

CV 15 3743

BRODIE, J.

POHORELSKY, M.J.

DOUGLAS C. PALMER
CLERK OF COURT

JUN 26 2015

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| YUN FANG TENG, ESHIN NEE and MING HONG HAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> WORLD JOURNAL LLC and JEN FENG YANG <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. CV 15 3743 BRODIE, J. POHORELSKY, M.J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WORLD JOURNAL LLC
141-07 20th Avenue
Whitestone, New York 11357

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, New York 10016
Tel: (212) 465-1188

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **JUN 26 2015**

_____
*Signature of Clerk or Deputy Clerk*