LEE LITIGATION GROUP PLLC
Secretary of State, 306BCL

# UNITED STATES EASTERN DISTRICT COURT OF NEW YORK

## AFFIDAVIT OF SERVICE



*2109957*

Index no : **CV 15 3743**
Date of Purchase: **06/26/2015**
Office No:

| Plaintiff: | **YUN FANG TENG ET AL** |
|---|---|
| Defendant: | **WORLD JOURNAL LLC ET ANO** |

STATE OF NEW YORK COUNTY OF NEW YORK        ss.:

**STEVEN AVERY**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **08/19/2015** at **11:45 AM** at the office of the Secretary of State of the State of New York in the City of Albany, New York, I served the within **SUMMONS AND COMPLAINT, WITH EXHIBITS 1 2 AND 3** upon **WORLD JOURNAL LLC** the **Defendant** in this action in the manner indicated below:

By delivering to and leaving with **NANCY DOUGHERTY, CLERK AUTHORIZED TO ACCEPT** in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40.00. That said service was made pursuant to Section 303 LLC.

Deponent further states, he knew the said served to be an authorized **CLERK AUTHORIZED TO ACCEPT** in the Corporate Divison of the State of New York.

Deponent further describes the person actually served as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Black | 50 | 5'3 | 120 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
08/26/2015

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667002
Qualified in BRONX
Commission Expires 12/31/2018

X_____
STEVEN AVERY
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York, NY 10007
(212) 233-3508 Clerk: Cindy