# LEE LITIGATION GROUP, PLLC
### 30 EAST 39TH STREET, SECOND FLOOR
### NEW YORK, NY 10016
### TEL: 212-465-1180
### FAX: 212-465-1181
### INFO@LEELITIGATION.COM

WRITER'S DIRECT:          212-465-1188
                          cklee@leelitigation.com

December 23, 2015

**Via ECF**
The Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Teng et al. v. World Journal LLC et al.*
Case No.: 15-CV-3743

Dear Judge Kuo:

We are counsel to Plaintiffs.   We are writing to inform the Court that Plaintiffs' Counsel in the above-referenced matter will not be opposing Defendants' Motion to Disqualify Plaintiffs' Attorney as Counsel.

Plaintiffs are in the process of obtaining new counsel.

Because Plaintiffs need to seek alternative counsel, we respectfully request an adjournment of all dates and deadlines, *sine die*.

We respectfully request that the Court provide Plaintiffs ninety (90) days to retain alternate counsel, whereupon such counsel will contact Defendants' counsel to work out a schedule regarding outstanding dates and deadlines.

We thank Your Honor for considering this matter.

Respectfully requested,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: The Honorable Margo K. Brodie, U.S.D.J.
    All parties via ECF