UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YUN FANG TENG, ESHIN NEE, and MING HONG HAN,    Index No. : 15-cv-3743
on behalf of themselves and others similarly situated

                         Plaintiffs,          **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL**

           - against -

WORLD JOURNAL LLC and JEN FENG YANG,

                        Defendants.
-----------------------------------------------------------------X

     NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, WORLD JOURNAL and JEN FENG YANG, substitutes Robert J. Pariser of LYDECKER DIAZ as counsel of record in place of Wilson Elser Moskowitz Edelman & Dicker, LLP. Contact information for new counsel is as follows:

Lydecker Diaz, LLC
Robert J. Pariser
200 Broadhollow Road
Suite 207
Melville, New York 11747
(631) 390-8365

I consent to the above substitution.

_____
Signature of Jen Feng Yang
Individually and on behalf of World Journal LLC

Date: 1/29/2016

I consent to the above substitution
Outgoing Counsel Wilson Elser

Date: 2-25-16

_____
I consent to the above substation
Incoming Counsel Lydecker Diaz, LLC

Date: 2/1/16

The substituted of attorney is hereby approved and so- Ordered.

_____                                 _____
Date                                                                Judge