UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YUN FANG TENG, ESHIN NEE and MING
HONG HAN, *on behalf of themselves and
others similarly situated*,                                                      Docket No.: 15-cv-3743

                Plaintiff(s),


WORLD JOURNAL LLC and JEN FENG YANG,

                Defendant(s).

-------------------------------------------------------------X

## APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as notice counsel for Defendants World Journal LLC and Jen Feng Yang.


Dated: March 1, 2016                /s/ Kevin D. Clinton_____
                                                Kevin D. Clinton (KC2720)
                                                LYDECKER DIAZ
                                                Attorneys for Defendants
                                                WORLD JOURNAL LLC and JEN FENG YANG
                                                200 Broadhollow Road – Suite 207
                                                Melville, New York 11747
                                                Telephone: (201) 633-6521
                                                Facsimile: (201) 633-2301
                                                e-Mail: KDC@LydeckerDiaz.com